IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| THE PHELAN GROUP, LLC, | § |
| | § |
| *Plaintiff*, | § |
| | § CIVIL ACTION NO. 2:23-cv-611-JRG |
| v. | § |
| | § **JURY TRIAL DEMANDED** |
| STATE FARM MUTUAL AUTOMOBILE | § |
| INSURANCE COMPANY, | § |
| | § |
| *Defendant.* | § |

**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME FOR PLAINTIFF TO COMPLY WITH P. R. 3-1 & 3-2 (INFRINGEMENT CONTENTIONS) AND FOR DEFENDANT TO COMPLY WITH P. R. 3-3 & 3-4 (INVALIDITY CONTENTIONS)**

Before the Court is Plaintiff The Phelan Group, LLC's ("Phelan") Unopposed Motion for Extension of Time to comply with P. R. 3-1 & 3-2 (Infringement Contentions) and for Defendant State Farm Automobile Insurance Company ("State Farm") to comply with P. R. 3-3 & 3-4 (Invalidity Contentions). After consideration, the Court GRANTS the Unopposed Motion for Extension of Time.

It is therefore ORDERED that Phelan will have up to and including March 25, 2024 to comply with P. R. 3-1 & 3-2 (Infringement Contentions). It is further ORDERED that State Farm will have up to and including May 20, 2024 to comply with P. R. 3-3 & 3-4 (Invalidity Contentions).