IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| THE PHELAN GROUP, LLC, | § | |
| *Plaintiff*, | § § | |
| v. | § § | CASE NO. 2:23-CV-611-JRG |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, | § § § | |
| *Defendant*. | § § | |

## ORDER

Before the Court is the Joint Motion to Dismiss (Dkt. No. 52) filed by Plaintiff The Phelan Group, LLC and Defendant State Farm Mutual Automobile Insurance Company. In the Motion, the parties report that they "have resolved all claims and counterclaims in this case." (*Id.* at 1). In that light, they request that the Court "dismiss all claims and counterclaims [therein] with prejudice." (*Id.*).

Having considered the Motion, and noting that it was filed jointly, the Court finds that it should be and hereby is **GRANTED**. Accordingly, it is **ORDERED** that Plaintiff's claims against Defendant in the above-captioned case are hereby **DISMISSED WITH PREJUDICE**. It is further **ORDERED** that Defendant's claims, defenses, or counterclaims for relief against Plaintiff in the above-captioned case are hereby **DISMISSED WITH PREJUDICE**. Each party is to bear its own fees, costs, and attorneys' fees. All pending requests for relief in the above-captioned case are **DENIED AS MOOT**.

The Clerk of Court is directed to **CLOSE** the above-captioned case.

**So Ordered this**

**Jun 3, 2025**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE